UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-285-MOC

| | |
|---|---|
| DUSTIN NORTON, )<br>)<br>)<br>        **Plaintiff,** )<br>)<br>  **v.** )<br>)<br>KILOLO KIJAKAZI, )<br>**Acting Commissioner of** )<br>**Social Security,** )<br>        **Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on counsel for Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) in the amount of $10,505.00 less the $7,164.53 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act. (Doc. No. 26). Defendant filed a response to the motion, noting that under Gisbrecht v. Barnhart, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee. (Doc. No. 29). The Court finds that the requested amount is reasonable.

**IT IS, THEREFORE, ORDERED**:

1. Plaintiff's attorney is awarded under 42 U.S.C. § 406(b) attorney's fees in the amount of $10,505.00 less the $7,164.53 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act.

2. Defendant shall pay from the Plaintiff's past due benefits directly to the Plaintiff's attorney the amount of $3,340.47 to Plaintiff's attorney for the net attorney's fees under the Social Security Act, 42 U.S.C. § 406(b) within a reasonable time.

Signed: August 24, 2023

Max O. Cogburn Jr
United States District Judge